IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL W. STRAND and CARI ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>GLEN R. DAWSON,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:11-cv-0077 CW-DN<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge David Nuffer |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(B).  On October 5, 2011, Judge Nuffer issued a Report and Recommendation, recommending that the court grant Defendant Glen R. Dawson's motion to dismiss.  Plaintiffs Michael W. Strand and Cari Allen filed an objection to the Report and Recommendation.  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Nuffer's Report and Recommendation in its entirety. Accordingly, this case is dismissed.  Each party shall bear his or her own costs.

SO ORDERED this 12th day of December, 2011.

BY THE COURT:

_____

Clark Waddoups
United States District Judge